June 3, 1940. The motion to dispense with the further printing of the record is granted, and the petition is deemed properly filed in accordance with Rule 38. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted. *Solicitor General Biddle* and *Messrs. Claude E. Hamilton, Jr., Charles M. McCarty, J. M. Richardson Lyeth,* and *Emery H. Sykes* for petitioners. *Mr. Percival E. Jackson* for Prudence Securities Advisory Group et al.; *Mr. Mark Hyman* for Metz Committee et al.; and *Mr. Grosvenor M. Calkins, pro se,*—respondents.

No. 972. TIMES-MIRROR COMPANY ET AL. *v.* SUPERIOR COURT OF CALIFORNIA. June 3, 1940. Petition for writ of certiorari to the Supreme Court of California granted. *Messrs. T. B. Cosgrove* and *John N. Cramer* for petitioners. *Messrs. Wm. B. McKesson, Allen W. Ashburn,* and *Isaac Pacht* for respondent. By leave of Court, briefs of *amici curiae* were filed by *Mr. Elisha Hanson* on behalf of American Newspaper Publishers Association; and by *Mr. A. L. Wirin, Leo Gallagher,* and *Grover Johnson* on behalf of American Civil Liberties Union, Southern California Branch,—in support of the petition.

Nos. 993 and 994. GRAND TRUNK WESTERN RAILROAD Co. *v.* STEPHENSON, ADMINISTRATRIX. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted, limited to the question whether the District Court properly disposed of the causes in view of Illinois Revised Statutes 1937, Chapter 70, § 2. *Mr. Silas H. Strawn* for petitioner. *Mr. Ralph F. Potter* for respondent.